IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00943-REB-KLM

SPYDERCO, INC., a Colorado corporation,

    Plaintiff,

v.

MAMBATE USA INC., a New York corporation doing business as AGPtek, and BRAINYTRADE USA INC. Doing business as Brainydeal, a New Jersey corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Unopposed Motion to Vacate and Reset Scheduling/Planning Conference [Doc. No. 7]** [#16][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 20, 2015 at 10:30 a.m. is **VACATED** and **RESET** to **October 8, 2015** at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **October 1, 2015**.

    Dated: August 13, 2015

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.