IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00943-REB-KLM

SPYDERCO, INC., a Colorado corporation,

    Plaintiff,

v.

MAMBATE USA INC., a New York corporation doing business as AGPtek, and BRAINYTRADE USA INC. Doing business as Brainydeal, a New Jersey corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Unopposed Motion to Vacate and Reset Scheduling/Planning Conference [Doc. No. 18]** [#20][1] (the "Motion"). This is the parties' second request to reset the Scheduling Conference to a later date while they discuss resolution of this case and the possibility of transferring this case to another venue. *Motion* [#20] at 1-2. In the Motion, the parties also state that they "are available to attend a rescheduled Scheduling/Planning Conference on or after the issuance of the Court's decision on" the pending motions to dismiss. *Id.* at 2. To the extent that the parties' request is based on their discussions of possible resolution or transfer of this action, the Court will grant the Motion. The Court further notes that any future motion seeking to reset the Scheduling Conference based on the pending motions to dismiss, should be filed as a motion to stay discovery pending resolution of the motions to dismiss and should be supported by appropriate legal authority.

    IT IS HEREBY **ORDERED** that the Motion [#20] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 8, 2015 at 10:00 a.m. is **VACATED** and **RESET** to **December 21, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

      IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **December 14, 2015**.

      Dated: August 26, 2015