IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00943-REB-KLM

SPYDERCO, INC., a Colorado corporation,

    Plaintiff,

v.

MAMBATE USA INC., a New York corporation doing business as AGPtek, and BRAINYTRADE USA INC. Doing business as Brainydeal, a New Jersey corporation,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Stay Discovery and Memorandum in Support of Motion** [#30][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motion is subject to denial on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#30] is **DENIED without prejudice**.

    Dated: December 1, 2015

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.