IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00943-REB-KLM

SPYDERCO, INC., a Colorado corporation,

Plaintiff,

v.

MAMBATE USA INC., a New York corporation doing business as AGPtek, and
BRAINYTRADE USA INC. Doing business as Brainydeal, a New Jersey corporation,

Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff Spyderco, Inc.'s Unopposed Motion for Leave to File Amended Response in Opposition to Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss [Doc. No. 33]** [#37][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** that Plaintiff Spyderco, Inc.'s Response on Opposition to Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motions to Dismiss [Doc. No. 33] [#36] is **STRICKEN**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept the amended version of Plaintiff Spyderco, Inc.'s Response on Opposition to Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motions to Dismiss [Doc. No. 33] [#36-1] for filing as of the date of this Order.

Dated:  December 21, 2015

_____

[1]  "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.