IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00943-REB-KLM

SPYDERCO, INC.,
a Colorado corporation,

    Plaintiff,

v.

MAMBATE USA INC.,
a New York corporation D/B/A AGPTEK, and
BRAINYTRADE USA INC. D/B/A
BRAINYDEAL,
a New Jersey corporation,

    Defendants.

## STIPULATED ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated:  January 8, 2016                                   Respectfully submitted,

By: s/ Robert R. Brunelli                                 By: s/ Eric J. Menhart
    Robert R. Brunelli                                     Eric J. Menhart, Esq.
        rbrunelli@sheridanross.com                  Lexero Law
    George T. Scott                                       316 F Street NE Suite 101
        jscott@sheridanross.com                     Washington, DC 20002
    SHERIDAN ROSS P.C.                                    Phone: 202-904-2818
    1560 Broadway, Suite 1200                             Fax: 855-453-9376
    Denver, CO 80202
    (303) 863-9700                                    ATTORNEY FOR DEFENDANTS
    litigation@sheridanross.com

ATTORNEYS FOR PLAINTIFF

**SO ORDERED**

Dated: _January 11, 2016_                                 _____
                                                                United States Magistrate Judge