# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00943-REB-KLM

SPYDERCO, INC.,

    Plaintiff,

v.

MAMBATE USA INC.,
BRAINYTRADE USA INC.,

    Defendants.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER RE: OBJECTIONS TO RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, Document No. 56, of Judge Robert E. Blackburn entered on March 15, 2016, it is

ORDERED that the Recommendation of United States Magistrate Judge [ECF No. 30] is ADOPTED IN PART and REJECTED IN PART. It is

FURTHER ORDERED that the Motion to Dismiss of Defendant Mambate USA Inc. [ECF No. 13] is GRANTED. It is

FURTHER ORDERED that the Motion to Dismiss of Defendant BrainyTrade USA Inc. [ECF No. 14] is GRANTED. It is

FURTHER ORDERED that the claims against the defendants are dismissed without prejudice for lack of personal jurisdiction. It is The federal claims against these defendants are dismissed with prejudice. The state law replevin claim is dismissed without prejudice.  It is

FURTHER ORDERED that judgment is entered in favor of the defendants, Mambate USA Inc., a New York corporation doing business as AGPtek; and BrainyTrade USA Inc., doing business as Brainydeal, a New Jersey corporation, and against the plaintiff, Spyderco, Inc.  It is

FURTHER ORDERED that this civil action is dismissed.

Dated at Denver, Colorado this 15th day of March, 2016

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                              By:  s/   J. Dynes
                                    J. Dynes
                                    Deputy Clerk